IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES JAY KENNEDY,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Case No. 2:09-CR-709 TS |

This matter is before the Court on the government's Motion for Early Termination of Supervised Release. The government moves to terminate Defendant James Jay Kennedy's remaining term of supervision based on his successful completion of and graduation from the RISE Drug Court Program.

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an

offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Considering these factors, and in light of Mr. Kennedy's successful completion of the RISE Drug Court Program, the Court finds that termination of Mr. Kennedy's supervised release is both warranted by his conduct and is in the interests of justice. Therefore, for the reasons stated by the Court at the September 11, 2012 hearing, it is hereby

ORDERED that the government's Motion for Early Termination of Supervised Release (Docket No. 119) is GRANTED. It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

DATED   September 11, 2012.

BY THE COURT:

_____
TED STEWART
United States District Judge